| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: <br> MIDDLE DISTRICT OF FLORIDA | |
| Case number *(if known)* _____   Chapter __11__ | ☐ Check if this an amended filing |

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **WOB Holdings, LLC** | |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **30-0967196** | |
| 4. | **Debtor's address** | **Principal place of business** <br><br> **12750 Citrus Park Lane, Ste. 115** <br> **Tampa, FL 33625** <br> Number, Street, City, State & ZIP Code <br><br> **Hillsborough** <br> County | **Mailing address, if different from principal place of business** <br><br> _____ <br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> _____ <br> Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | **www.worldofbeer.com** | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ | |

Debtor **WOB Holdings, LLC**      Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__7225__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

| Debtor | **WOB Holdings, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

List all cases. If more than 1, attach a separate list

Debtor **See Exhibit "A"**    Relationship

District _____    When _____    Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

- ■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____
Contact name _____
Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ■ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ■ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | WOB Holdings, LLC | Case number (*if known*) |
|---|---|---|
| | Name | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **August  2, 2024**
          MM / DD / YYYY

**X** **/s/ Paul Avery**                                              **Paul Avery**
Signature of authorized representative of debtor                Printed name

Title  **President**

**18. Signature of attorney**

**X** **/s/ Steven M. Berman**                                        Date  **August  2, 2024**
Signature of attorney for debtor                                      MM / DD / YYYY

**Steven M. Berman**
Printed name

**Shumaker, Loop & Kendrick, LLP**
Firm name

**101 E. Kennedy Blvd., Suite 2800**
**Tampa, FL 33602**
Number, Street, City, State & ZIP Code

Contact phone  **(813) 229-7600**        Email address  **sberman@shumaker.com**

**Bar ID:  856290 FL**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **WOB Holdings, LLC** |
| United States Bankruptcy Court for the: | **MIDDLE DISTRICT OF FLORIDA** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| CHERRY BEKAERT LLP<br>P.O. BOX 632238<br>Cincinnati, OH 45263-2238 | | | | | | $56,750.00 |
| CORPORATE CREATIONS INT INC<br>801 US HWY. 1<br>North Palm Beach, FL 33408 | | | | | | $90.00 |
| GRAY ROBINSON<br>P.O. BOX 3068<br>Orlando, FL 32802 | | | | | | $17,403.50 |
| JOHNSON, POPE, BOKOR, RUPPEL<br>P.O. BOX 26704<br>Tampa, FL 33623 | | | | | | $5,267.50 |
| PROPERTY CONSULTING & SOL.<br>510 VONDERBURG DR.<br>Brandon, FL 33511 | | | | | | $5,060.00 |
| SYNOVUS BANK<br>1137 1ST AVENUE<br>UTC 2ND FLOOR, OPS<br>Columbus, GA 31901 | | | | $17,241,003.89 | $0.00 | $17,241,003.89 |
| SYNOVUS BANK<br>1137 1st AVE.<br>UTC 2ND FLOOR, OPS<br>ATTN: LOAN DEPARTMENT<br>Columbus, GA 31901 | | | | $8,366,365.73 | $0.00 | $8,366,365.73 |

**Exhibit A to Voluntary Petition**

|  | **Debtor Name** | **EIN/FEIN** | **Date Filed** | **Case No.** | **District** |
|---|---|---|---|---|---|
| 1. | WOB Holdings, LLC | 30-0967196 | 08.02.2024 | Pending | Middle District of Florida – Tampa |
| 2. | World of Beer, Inc. | 37-1776110 | 08.02.2024 | Pending | Middle District of Florida – Tampa |
| 3. | WOBF, LLC | 80-0943836 | 08.02.2024 | Pending | Middle District of Florida – Tampa |
| 4. | World of Beer Franchising, LLC f/k/a World of Beer Franchising, Inc. | 14-1999618 | 08.02.2024 | Pending | Middle District of Florida – Tampa |
| 5. | WOB Gainesville, LLC | 83-3595172 | 08.02.2024 | Pending | Middle District of Florida – Tampa |
| 6. | WOB OT Orlando, LLC | 86-1359339 | 08.02.2024 | Pending | Middle District of Florida – Tampa |
| 7. | WOB Doral, LLC | 84-3516053 | 08.02.2024 | Pending | Middle District of Florida – Tampa |
| 8. | WOB Miramar, LLC | 85-3228123 | 08.02.2024 | Pending | Middle District of Florida – Tampa |

| | | | | | |
|---|---|---|---|---|---|
| 9. | WOB Destin, LLC | 46-5264427 | 08.02.2024 | Pending | Middle District of Florida – Tampa |
| 10. | WOB Royal Palm, LLC | 87-3072782 | 08.02.2024 | Pending | Middle District of Florida – Tampa |
| 11. | WOB Myrtle Beach I, LLC | 47-3336068 | 08.02.2024 | Pending | Middle District of Florida – Tampa |
| 12. | WOB Louisville I, LLC | 47-2759818 | 08.02.2024 | Pending | Middle District of Florida – Tampa |